THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN THE ESTATE OF MARK LEE LOWMILLER,

Deceased.

No. C05-1514 TSZ

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

## STIPULATION

IT IS STIPULATED by and between the parties hereto that all of the claims against Dartmouth College a/k/a Dartmouth Medical School may be dismissed without prejudice and without costs.

DATED this 28th day of February, 2006.

LANE POWELL PC

By /s/ Dawn S. Spratley
  Robert J. Guite, WSBA No. 25753
  Dawn S. Spratley, WSBA No. 36096
  Attorneys for Defendant Dartmouth Medical School

THOMPSON AND HOWLE

By /s/ Carol Vaughn
  Carol Vaughn, WSBA No. 16579
  Suzanne C. Howle, WSBA No. 12977
  Attorneys for Estate of Mark Lee Lowmiller

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE - 1
CASE NO. C05-1514 TSZ

121080.0001/1264540.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

LAW OFFICES OF ANN T. WILSON

By /s/ Ann T. Wilson
   Ann T. Wilson, WSBA No. 18213
   Attorneys for Virginia Lowmiller

## ORDER

The parties having stipulated for dismissal of all of the claims against Dartmouth College, a/k/a Dartmouth Medical School without prejudice and without costs, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS ORDERED that all of the claims against Dartmouth College, a/k/a Dartmouth Medical School be and the same are hereby dismissed without prejudice and without costs.

DATED this 1st day of March, 2006.

                                                   /s/ Thomas S. Zilly
                                         THE HONORABLE THOMAS ZILLY

Presented by:

LANE POWELL PC

By /s/ Dawn S. Spratley
   Robert J. Guite, WSBA No. 25753
   Dawn S. Spratley, WSBA No. 36096
   Attorneys for Dartmouth Medical School

/ / / / /

/ / / / /

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE - 2
CASE NO. C05-1514 TSZ

121080.0001/1264540.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1  Copy Received; Approval as to Form; Notice of
   Presentation Waived:
2
   THOMPSON AND HOWLE
3

4
   By /s/ Carol Vaughn
5      Carol Vaughn, WSBA No. 16579
       Suzanne C. Howle, WSBA No. 12977
6      Attorneys for Estate of Mark Lee Lowmiller

7

8  LAW OFFICES OF ANN T. WILSON

9

10 By /s/ Ann T. Wilson
      Ann T. Wilson, WSBA No. 18213
11    Attorneys for Virginia Lowmiller

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE - 3
CASE NO. C05-1514 TSZ

121080.0001/1264540.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107